| **Fill in this information to identify your case:** |
|---|

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____        Chapter you are filing under:

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  CC Care, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

DBA  Community Care Center

**3. Debtor's federal Employer Identification Number (EIN)**  45-2830737

**4. Debtor's address**

**Principal place of business**

4314 S. Wabash Ave.
Chicago, Illinois 60653
Number, Street, City, State & ZIP Code

**Cook**
County

**Mailing address, if different from principal place of business**

_____
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

c/o TM Healthcare Management
15443 Summit Ave.
Oakbrook, IL 60181
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership
☐ Other. Specify: _____

7. **Describe debtor's business**

A. *Check one:*

- [x] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53AB))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [ ] None of the above

B. *Check all that apply*

- [ ] Tax-exempt entity (as described in 26 U.S.C. §501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

____

8. **Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11. *Check all that apply*:
  - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- [x] No.
- [ ] Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- [ ] No
- [x] Yes.

List all cases. If more than 1, attach a separate list

Debtor **SEE ATTACHMENT** _____ Relationship to you _____
District _____ When _____ Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:* |
| | | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

### Statistical and administrative information

**13.** **Debtor's estimation of available funds**

*Check one:*
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | **Request for Relief, Declaration, and Signature** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

**CC Care, LLC, a Delaware limited liability company**

**By: JLM Financial Healthcare, LP, a Texas limited partnership, its sole member**

    **By: JLM Financial Investments 13, LLC,**
      **a Texas limited liability company,**
      **its general partner**

    By: _____
      Patrick Laffey, Manager and
      Designated Representative

**18. Signature of attorney**

X _____      Date _____
Signature of attorney for debtor                                    MM / DD / YYYY

**DAVID K. WELCH**
Printed name

**Crane, Heyman, Simon, Welch & Clar**
Firm name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone  **312-641-6777**      Email address

**06183621**
Bar number and State

**Burke Warren MacKay & Serritella P.C.**
Firm name

**330 N. Wabash Avenue**
**Suite 2100**
**Chicago, Illinois 60611**
Number, Street, City, State & ZIP Code

Contact phone  **312-840-7000**      Email address

### Request for Relief, Declaration, and Signature

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

CC Care, LLC, a Delaware limited liability company

By: JLM Financial Healthcare, LP, a Texas limited partnership, its sole member

   By: JLM Financial Investments 13, LLC,
   a Texas limited liability company,
   its general partner

   By: _____
   Patrick Laffey, Manager and
   Designated Representative

**18. Signature of attorney**

X _____      Date 10/30/17
Signature of attorney for debtor              MM / DD / YYYY

DAVID K. WELCH
Printed name

Crane, Heyman, Simon, Welch & Clar
Firm name

Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297
Number, Street, City, State & ZIP Code

Contact phone  312-641-6777    Email address _____

06183621
Bar number and State

Burke Warren MacKay & Serritella P.C.
Firm name

330 N. Wabash Avenue
Suite 2100
Chicago, Illinois 60611
Number, Street, City, State & ZIP Code

Contact phone  312-840-7000    Email address _____

**RELATED BANKRUPTCY CASES FILED**

| Debtor | Relationship | District | Date Filed | Case No. |
|---|---|---|---|---|
| BT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| CT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| FT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| JT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| KT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| SV Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| TN Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| WCT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| JLM Financial Healthcare, LP | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |

Fill in this information to identify the case:
Debtor name: **CC Care, LLC**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Allstate - American Heritage Insurance PO BOX 650514 Dallas, TX 75265-0514 | | | | | | $24,774.33 |
| City of Chicago 121 N. LaSalle St. 7th Floor Chicago, IL 60602 | | Taxes | | | | $51,000.00 |
| City of Chicago Water Division Department of Revenue-Water Divison PO BOX 6330 Chicago, IL 60680-6330 | | | | | | $82,888.99 |
| Constellation - Electric PO BOX 4640 Carol Stream, IL 60197-4640 | | | | | | $47,216.16 |
| Constellation - Gas Bank of America Lockbox Services 15246 Collections Center Dr. Chicago, IL 60693-0152 | | | | | | $13,808.46 |
| Fitzsimmons Hospital Services PO Box 497 Oak Forest, IL 60452 | | | | | | $136,751.33 |
| Fitzsimmons Hospital Services PO Box 497 0 Oak Forest, IL 60452 | | | | | | $86,832.13 |

Official form 204       Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims       page 1

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor  **CC Care, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| HOLLAND & KNIGHT<br>PO BOX 864084<br>ORLANDO, FL 32886 | | | | | | $14,408.40 |
| Illinois Council on Long Term Care<br>203 N. LaSalle St.<br>Suite 2100<br>Chicago, IL 60601 | | | | | | $117,442.20 |
| Integra Healthcare Equipment<br>747 N. Church Rd.<br>Suite G7<br>Elmhurst, IL 60126 | | | | | | $24,113.11 |
| LifeScan<br>5255 Golf Rd.<br>Skokie, IL 60077-1106 | | | | | | $13,653.00 |
| MedAssure of Indiana<br>920 E COUNTY LINE RD.<br>STE 102<br>Lakewood, NJ 08701 | | | | | | $17,585.00 |
| Medline Industries Inc.<br>Dept. CH 14400<br>Palatine, IL 60055-4400 | | | | | | $57,526.73 |
| O'Hagan LLC<br>One E.Wacker DriveSuite 3400<br>Chicago, IL 60601 | | | | | | $28,654.25 |
| ONR National<br>1101S Capital of Texas Hwy<br>Bldg G Ste 200<br>Austin, TX 78746 | | | | | | $76,554.92 |
| Performance Food Group-TPC<br>8001 TPC. Road<br>Rock Island, IL 61204-7210 | | | | | | $83,721.41 |
| Pharmore Drugs LLC<br>3412 W. Touhy<br>Skokie, IL 60076 | | | | | | $77,451.11 |
| PointClickCare<br>P.O.Box 674802<br>Detroit, MI 48267 | | | | | | $29,265.92 |

| Debtor | CC Care, LLC | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Rehab Care**<br>**P.O. Box 503534**<br>**St. Louis, MO**<br>**63150-3534** | | | | | | **$475,119.11** |
| **Waste Management**<br>**PO BOX 4648**<br>**Carol Stream, IL**<br>**60197-4648** | | | | | | **$13,403.97** |

Accurate Scale Company
4500 S 1st Avenue
Lyons, IL 60534

Briggs Healthcare
4900 University Avenue
Suite 200
West Des Moines, IA 50266

Cloverleaf Farms Distributors Inc.
13835 S. Kostner
Crestwood, IL 60445

ACI
2450 Delta Lane
Elk Grove Village, IL 60007

BT Bourbonnais Care, LLC
133 Mohawk Dr.
Bourbonnais, IL 60914

Cohn & Reznick
200 South Wacker Drive
Chicago, IL 60606

Aetna
333 West Wacker Drive
Chicago, IL 60606

Carlsen's Elevator Services Inc.
2468 Wisconsin Ave
Downers Grove, IL 60515

Collaborative Healthcare Urgency G
2250 East Devon
Suite 320
Des Plaines, IL 60018

All City Environmental Services Inc.
927 W. 49th Place
Chicago, IL 60609

Centrad Healthcare Inc
184 Shuman Blvd
Suite 130
Naperville, IL 60563

Comcast Cable
PO BOX 3001
Southeastern, PA 19398-3001

Allstate - American Heritage Insurance
PO BOX 650514
Dallas, TX 75265-0514

Cigna Healthspring
9701 W. Higgins Road
Suite 360
Des Plaines, IL 60018

Commercial Lighting
PO Box 270651
Tampa, FL 33688

Alpha Baking Co.
36230 Treasury Center
Chicago, IL 60694

City of Chicago

Community Care Alliance
322 S. Green Street, Suite 400
Chicago, IL 60607

Alternative Energy Solutions
PO BOX 129
Schererville, IN 46375-0129

City of Chicago
121 N. LaSalle St.
7th Floor
Chicago, IL 60602

Concentra
Occupational Health Centers of IL
PO Box 488
Lombard, IL 60148-0488

ANGEL'S Lawn Maintenance
PO BOX 493
Lansing, IL 60438

City of Chicago (Inspections)
Department of Revenue
8108 Innovation Way
Chicago, IL 60682-2010

Constellation - Electric
PO BOX 4640
Carol Stream, IL 60197-4640

Arnie Yusim Leasing Inc.
650 Dundee Road
Suite 158
Northbrook, IL 60062

City of Chicago (sales use& trans tax)
333 S. State St.
RM 300
Chicago, IL 60604

Constellation - Gas
Bank of America Lockbox Services
15246 Collections Center Dr.
Chicago, IL 60693-0152

Blue Cross Blue Shield
300 East Randolph Street
Chicago, IL 60601-5099

City of Chicago Water Division
Department of Revenue-Water Divison
PO BOX 6330
Chicago, IL 60680-6330

Cook County Care
322 S. Green Street, Suite 400
Chicago, IL 60607

Cook County Medical Examiner's Office
2121 West Harrison Street
Chicago, IL 60612

Ecolab
PO BOX 70343
Chicago, IL 60673-0343

Fitzsimmons Home Medical Equipm
800 W. 186th Street
Tinley Park, IL 60487

CPI
10850 W. Park Place
Suite 600
Milwaukee, WI 53224

Edward Don & Co.
9801 Adam Don Parkway
Woodridge, IL 60517

Fitzsimmons Hospital Services
PO Box 497
0
Oak Forest, IL 60452

Daniel McNamara
c/o O'Donnell Haddad LLC
14044 Petronella Drive, #1
Libertyville, IL 60048

EKS Management
6865 N Lincoln
Lincolnwood, IL 60712

Fitzsimmons Hospital Services
PO Box 497
Oak Forest, IL 60452

Diane J. Calderone
1987 S. University Park Dr.
Westville, IN 46391

Empire Cooler Service Inc.
940 W. Chicago Ave.
Chicago, IL 60642

FT Care, LLC
40 Norht Smith St.
Frankfort, IL 60423

DiFoggio Plumbing Partners
3241 S Shields Ave
Chicago, IL 60616

Environmental Futures Inc.
2210 W Irving Park Rd
Chicago, IL 60618

GTO
1213 Carol Crest Dr.
Sleepy Hollow, IL 60118

Dr. Emmanuel Paintsil MD
230 Devon Drive
Burr Ridge, IL 60527

Executive Search Solutions
22866 Driftstone
Mission Viejo, CA 92692-4743

Haiges Machinery Inc
11314 E Main Street
Huntley, IL 60142

Dr. Jolly Anand
8900 S County Line Rd
Burr Ridge, IL 60527

Family Health Network
322 South Green St. Suite 400
Chicago, IL 60607

Harmony Health Plan
29 North Wacker Drive
Suite 300
Chicago, IL 60606-3203

Dr. Puppala
Dr. Shyam Puppala
8 Red Hill Lane
South Barrington, IL 60010

FERN Office Supplies
PO BOX 100895
Atlanta, GA 30384-4174

Healthcare and Family Services
HFS/Bureau of Fiscal Operations
PO BOX 19491
Springfield, IL 62794-9491

DUMORE SUPPLIES
PO BOX 16200
2525 S WABASH AVE
Chicago, IL 60616

First Advantage Tax Consulting Services
P.O.Box 404537
Atlanta, GA 30384-4537

HOLLAND & KNIGHT
PO BOX 864084
ORLANDO, FL 32886

e-Health Data Solutions
PO BOX 385
Aurora, OH 44202-0385

First Security Systems Inc
1811 High Grove Lane Suite 191
Naperville, IL 60540

Horizon Healthcare Supply Inc
PO Box 7288
Duluth, MN 55807

Horizon Products LLC
P.O.BOX 1209
Fair Lawn, NJ 07410

LifeScan
5255 Golf Rd.
Skokie, IL 60077-1106

Melissa Powell
724 E. Sibley Blvd.
Dolton, IL 60419

Humana
500 W. Main St.
Louisville, KY 40202

Local 743 Severance & Retirement Plan
PO BOX 94403
Chicago, IL 60690

Meridian
222 N. LaSalle St., Suite 930
Chicago, IL 60601

IlliniCare Health Plan
999 Oakmont Plaza Drive
4th Floor
Westmont, IL 60559

Manau Cutlery Inc.
2533 S. Western Ave.
Chicago, IL 60608-4807

Meyer Magence
4711 Golf Road
Suite 200
Skokie, IL 60076

Illinois Council on Long Term Care
203 N. LaSalle St.
Suite 2100
Chicago, IL 60601

Marlin Business Bank
PO Box 13604
Philadelphia, PA 19101-3604

MidCap Funding IV, LLC
7255 Woodmont Ave.
Suite 250
Bethesda, MD 20814

Independent Living Systems
5200 Blue Lagoon Drive
Suite 500
Miami, FL 33126

MAXXSOURCE
6301 W. Lincoln Ave.
West Allis, WI 53219

Midwest Lighting
919 W 38th Street
Chicago, IL 60609

Integra Healthcare Equipment
747 N. Church Rd.
Suite G7
Elmhurst, IL 60126

MED-PASS INC
L-3495
Columbus, OH 13260-0001

Minuteman Press
17W580 Butterfield Rd.
Oakbrook Terrace, IL 60181

Koh Exterior Inc.
2928 N. Campbell Ave.
Chicago, IL 60618

MedAssure of Indiana
920 E COUNTY LINE RD.
STE 102
Lakewood, NJ 08701

Molina
1520 Kensignton Road
Suite 212
Oak Brook, IL 60523

KONE INC.
PO Box 3491
Carol Stream, IL 60132-3491

Medicaid
201 South Grand Avenue East
3rd FL
Springfield, IL 62763

N B L Textiles Inc.
8830 Lowell Terrace
Skokie, IL 60076

KT Care, LLC
100 Belle Air Ave.
Bourbonnais, IL 60914

Medical Diagnostic Services Inc.
3701 W. Jarvis Ave.
Skokie, IL 60076

Next Level
3019 W. Harrison St.
Chicago, IL 60612

LEAF
PO BOX 644006
Cincinnati, OH 45264-4006

Medline Industries Inc.
Dept. CH 14400
Palatine, IL 60055-4400

NICL Laboratories
306 Era Drive
Northbrook, IL 60062

Norton Sons Roofing & Sheet Metal Co. Inc.
43 Stephen Street
Lemont, IL 60439

Physician Care Services S.C.
8051 186th Street
Tinley Park, IL 60487

Rehab Care Group
680 South Fourth St.
Louisville, KY 40202

Nutrition Care Systems
8770 W. Bryn Mawr Ave
Suite 1300
Chicago, IL 60631-3515

Pitney Bowes Global Financial Services
PO BOX 371887
Pittsburgh, PA 15250-7887

Secure Document Solutions
P.O.BOX 1265
New Lenox, IL 60451

O'Hagan LLC
One E.Wacker DriveSuite 3400
Chicago, IL 60601

PointClickCare
P.O.Box 674802
Detroit, MI 48267

Sentry Pest Control
PO Box 597451
Chicago, IL 60659

ONR National
1101S Capital of Texas Hwy
Bldg G Ste 200
Austin, TX 78746

PointClickCare
5570 Explorer Drive
Mississauga, ON

Servpro of Ravenswood 9758
4137 N. Rockwell St.
CChicago, IL 60618

Parkway Elevators Inc.
1001 West Grand Ave.
Chicago, IL 60642

Prairie State College
202 S. Halsted
Chicago Heights, IL 60411

Sharp Business Systems
Formerly Illinois Business Systems
Dept CH 14404
Palatine, IL 60055

Peoples Gas
P.O.BOX 2968
Milwaukee, WI 53201-2968

Professional Elevator Services Inc.
2635 S. Wabash Ave.
Suite 301
Chicago, IL 60616

Simplex Grinnell Tyco
Dept. CH 10320
Palatine, IL 60055-0320

Performance Food Group-TPC
8001 TPC. Road
Rock Island, IL 61204-7210

Professional Insurance Company
List Bill
PO BOX 406263
Atlanta, GA 30384-6263

Special Care
7444 Wilson Ave
Harwood Heights, IL 60706

Personnel Planners Inc.
913 W. Van Buren
N-3A
Chicago, IL 60607

Prospect Resources Inc
8170 N McCormick Blvd
Suite #107
Skokie, IL 60076

Teamsters-Local 743
PO BOX 94403
Chicago, IL 60690

PESI HealthCare
PO BOX 900
Eau Claire, WI 54702-0900

Protective Fire and Safety Inc.
3359 West Main Street
Skokie, IL 60076

The Nurse Agency
10829 S. Western Ave
Suite B
Chicago, IL 60643

Pharmore Drugs LLC
3412 W. Touhy
Skokie, IL 60076

Rehab Care
P.O. Box 503534
St. Louis, MO 63150-3534

TM Healthcare Management LLC
1S443 Summit Ave.
Suite 204 A&B
Oakbrook Terrace, IL 60181

UnitedHealthcare Insurance Company
Dept. CH 10151
Palatine, IL 60055-0151

US Dept of H.U.D. Region V
Attn: David Cole,  Sr. Acct. Exec.
77 W. Jackson Blvd., Room 2617
Chicago, IL 60604-3507

USA Fire Protection Inc.
28427 N. Ballard
Unit H
Lake Forest, IL 60045

VERIFY
206 South Sixth Street
Springfield, IL 62701

Washtown Equipment Co. Inc.
4036 W. Montrose Ave.
Chicago, IL 60641

Waste Management
PO BOX 4648
Carol Stream, IL 60197-4648

Windstream-Louisville
Paetec Services
PO BOX 9001013
Louisville, KY 40290-1013

Yemi Akingbade

# United States Bankruptcy Court
### Northern District of Illinois

In re  **CC Care, LLC**  
Debtor(s)

Case No. _____  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **CC Care, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

JLM Financial Healthcare, LP, a Texas limited partnership, its sole memeber

☐ None [*Check if applicable*]

10/30/17  
Date

**DAVID K. WELCH**  
Signature of Attorney or Litigant  
Counsel for **CC Care, LLC**  
Crane, Heyman, Simon, Welch & Clar  
Suite 3705  
135 South LaSalle Street  
Chicago, IL 60603-4297  
312-641-6777 Fax:312-641-7114