IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 Case |
| | ) | |
| | ) | |
| **CC Care, LLC,** *et al.*, | ) | **Case No. 17-32406** |
| | ) | **(Jointly Administered)** |
| | ) | |
| | ) | |
| Debtors. | ) | Hon. Janet S. Baer |

## NOTICE OF FILING

To:  See Attached Service List

     PLEASE TAKE NOTICE that on November 16, 2017, the United States Trustee by his attorney, Denise DeLaurent, caused a copy of the **NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS** to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, a copy of which is attached hereto and herewith served upon you.


                                         /s/ Denise DeLaurent
                                         Denise DeLaurent, Attorney
                                         Office of the U.S. Trustee
                                         219 S. Dearborn, Room 873
                                         Chicago, IL 60604
                                         (312) 886-3326

# CERTIFICATE OF SERVICE

I, Denise DeLaurent, an attorney, state that pursuant to Local Rule 9013-1(D) the above **NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS** was filed on November 16, 2017, and served on all persons identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via U.S. Mail, as indicated, before 5:00 p.m. on November 16, 2017.

/S/    Denise DeLaurent

**SERVICE LIST**

**Registrants Served Through the Court's Electronic Notice for Registrants:**

David Paul Holtkamp, David.Holtkamp2@cityofchicago.org
Lauren Newman, lnewman@thompsoncoburn.com
Michael L. Gesas, Michael.gesas@saul.com
Kevin H. Morse, kevin.morse@saul.com
Hannah Arenstam, harenstam@vedderprice.om
Michael M. Eidelman, meidelman@vedderprice.com
Jeffrey M. Schwartz, jschwartz@muchshelist.com
Phillip A. Martin, pmartin@fmhd.com
Richard A. Saldinger, rsaldinger@llflegal.com
L. Katie Mason, kmason@reinhartlaw.com
Michael Kelly, Michael.kelly@usdoj.gov
Debra Devassy Babu, ddevassy@askounisdarcy.com
Thomas J. Angell, tangell@jbosh.com
Jeffrey C. Dan, jdan@cranheyman.com
Arthur G. Simon, asimon@craneheyman.com
Brian P. Welch, bwelch@craneheyman.com
David K. Welch, dwelch@craneheyman.com

**Parties Served via First Class Mail:**

Brad Boe
Performance Food Group, Inc.
8001 TPC Road
Rock Island, IL 61204

Brian Fitzsimmons
Fitzsimmons Surgical Supply, Inc.
4220 W. 166th Street
Oak Forest, IL 60452

Pat Comstock
Illinois Council on Long Term Care
203 N. LaSalle St., Suite 2100
Chicago, IL 60601

Nancy Jennings
RehabCare Group East, Inc.
7733 Forsyth Blvd., Suite 1700
St. Louis, MO 63105

Janis Jones
ONR National, Speech Pathology, Inc.
1101 S. Capital of Texas Hwy., Bldg. G200
Austin, TX 78746

Dick Krause
Pharmore Drugs, LLC
3412 W. Touhy Avenue
Skokie, IL 60076

Donald Torres
Medline Industries, Inc.
Three Lakes Drive
Northfield, IL 60093

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 Case |
| | ) | |
| **CC Care, LLC, *et al.*,** | ) | **Case No. 17-32406** |
| | ) | **(Jointly Administered)** |
| | ) | |
| Debtors. | ) | Hon. Janet S. Baer |

**NOTICE OF APPOINTMENT OF COMMITTEE
OF UNSECURED CREDITORS**

The following persons, selected from unsecured creditors who are willing to serve, are hereby appointed as the Creditors' Committee in this case:

REPRESENTATIVE/CREDITOR

Brad Boe*
Performance Food Group, Inc.
8001 TPC Road
Rock Island, IL 61204

Nancy Jennings
RehabCare Group East, Inc.
7733 Forsyth Blvd., Suite 1700
St. Louis, MO 63105

Pat Comstock
Illinois Council on Long Term Care
203 N. LaSalle St., Suite 2100
Chicago, IL 60601

Janis Jones
ONR National, Speech Pathology, Inc.
1101 S. Capital of Texas Hwy., Bldg. G200
Austin, TX 78746

Brian Fitzsimmons
Fitzsimmons Surgical Supply, Inc.
4220 W. 166th Street
Oak Forest, IL 60452

Dick Krause
Pharmore Drugs, LLC
3412 W. Touhy Avenue
Skokie, IL 60076

Donald Torres
Medline Industries, Inc.
Three Lakes Drive
Northfield, IL 60093

*Interim Creditors' Committee Chairman

                                                RESPECTFULLY SUBMITTED,
                                                PATRICK S. LAYNG
                                                UNITED STATES TRUSTEE

DATE: November 16, 2017                By: */s/ Denise DeLaurent*
                                                         Denise DeLaurent
                                                           Attorney for the U.S. Trustee