**Fill in this information to identify the case:**

Debtor name: **CC Care, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 17-32406

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................... $ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................. $ 14,737,356.13

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................... $ 14,737,356.13

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................. $ 104,709,244.95

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................... $ 29,695.20

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............. +$ 6,741,689.68

4. **Total liabilities** ..................................................................
   Lines 2 + 3a + 3b                                                                  $ 111,480,629.83